UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANIEL A. MILLER,<br><br>              Plaintiff,<br><br>    vs.<br><br>SPOKANE COUNTY JAIL ADMINISTRATIVE DEPARTMENT,<br><br>              Defendants. | NO.  CV-08-217-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT**<br><br>**1915(g)** |

Magistrate Judge Hutton filed a Report and Recommendation on September 29, 2008, recommending Daniel Miller's civil rights complaint be dismissed for failure to state a claim upon which relief may be granted. There being no objections, the Court **ADOPTS** the Report and Recommendation (Ct. Rec. 8). The complaint is **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Pursuant to 28 U.S.C. § 1915(g), enacted April 26, 1996, a prisoner who brings three or more civil actions or appeals which are dismissed as frivolous or for failure to state a claim will be precluded from bringing any other civil action or appeal *in forma pauperis* "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **Plaintiff is advised to read the new statutory provisions under 28 U.S.C. § 1915**. **This dismissal of Plaintiff's**

ORDER -- 1

**complaint may count as one of the three dismissals allowed by 28 U.S.C. § 1915(g) and may adversely affect his ability to file future claims**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, enter judgment, and close the file. The District Court Executive is further directed to forward a copy of this Order to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this ____3rd____ day of November 2008.

                              S/ Edward F. Shea
                              EDWARD F. SHEA
                              UNITED STATES DISTRICT JUDGE

Q:\Civil\2008\8cv217jph -10-15-adpdis1915g.wpd

ORDER -- 2